IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELLIS RICHARD DOUGLAS, JR. | * | |
| Petitioner | * | |
| v. | * | CIVIL ACTION NO. CCB-05-2898 |
| UNITED STATES | * | |
| Respondent | * | |
| | ****** | |

**MEMORANDUM**

Before the court is a pro se petition for expungement of records filed by Ellis Richard Douglas, Jr., a state prisoner. Petitioner requests expungement of records related to his 1968 arrest, detention, and confinement.

The power to expunge is a "narrow one" reserved for an "unusual or extreme case." United States v. Linn, 513 F.2d 925, 927 (10th Cir. 1975) (denying expungement in the context of an acquittal); see also United States v. Smith, 940 F.2d 395, 396 (9th Cir. 1991) (per curiam); United States v. Steelwright, 179 F. Supp.2d 567, 573-74 (D. Md. 2002). Although it has been held that a district court possesses ancillary jurisdiction to expunge criminal records for "equitable considerations," that jurisdiction is limited to expunging the record of an unlawful arrest or conviction or to correct a clerical error. United States v. Gary, 206 F. Supp.2d 741 (D. Md. 2002).

In this case, the petition lacks any basis for expungement.[1] Petitioner neither alleges nor provides proof that his arrest, detention or confinement were constitutionally unlawful or that

---

[1] Petitioner offers to "waive and release" the United States, its officers and agents from claims he may have for wrongful conduct on the condition that his records are expunged. Paper No. 2. It should be noted that the court does not enter into contractual agreements with prisoners in exchange for expungement.

equitable considerations should otherwise apply. Further, petitioner does not contend that his criminal record is the product of illegal or improper government activity or that this record is likely to be misused in any manner. The petition for expungement shall be denied. A separate Order follows.

   April 28, 2006                                    /s/
Date                                              Catherine C. Blake
                                                      United States District Judge